UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD ST. PAUL,

                Plaintiff,

-against-

MORALES-HOROWITZ, et al.,

                Defendants.

25-CV-4317 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    By order dated July 7, 2025, this Court extended the Defendants' deadline to file an answer or other responsive pleading to the operative complaint to August 14, 2025. ECF No. 8. Plaintiff filed an amended complaint on August 10, 2025. ECF No. 9. Plaintiff did not fully comply with this Court's Individual Rules and Practices in doing so—however, given Plaintiff's *pro se* status, and for the sake of efficiency, the Court will nonetheless accept the amended pleading.

    Because the amended complaint names new defendants, and in light of the Defendants' request for time to evaluate the new complaint (and the need for the new defendants to be served), the Court DENIES, as moot, the Defendants original motion to dismiss at ECF No. 10. Defendants shall submit a proposed briefing schedule for the Court's review by no later than **August 29, 2025**. The Clerk of Court is respectfully directed to terminate ECF No. 10.

Dated:    August 15, 2025
            New York, New York

                                  SO ORDERED.

                                  */s/ Jessica Clarke*

                                  JESSICA G. L. CLARKE
                                  United States District Judge