UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD ST. PAUL,

               Plaintiff,

        -against-

HON. NILDA MORALES-HOROWITZ, et al.,

               Defendants.

25-CV-4317 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On December 29, 2025, Defendants filed their opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint. *See* ECF No. 30. According to the Court's Individual Rules and Practices in Civil Pro Se Cases, reply papers must be served within two weeks of receipt of opposition papers. Rule 4(a). Accordingly, Plaintiff's reply was due on January 12, 2026. If Plaintiff intends to file a reply, he must file it by January 23, 2026, or the Court will consider Plaintiff's motion fully briefed.

Dated: January 16, 2026
       New York, New York

                            SO ORDERED.

                            *Jessica Clarke*

                            JESSICA G. L. CLARKE
                            United States District Judge