UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD ST. PAUL,

Plaintiff,

-against-

HON. NILDA MORALES-HOROWITZ, et al.,

Defendants.

25-CV-4317 (JGLC)

**OPINION AND ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Present before the Court is Defendants' Motion to Dismiss. ECF No. 18. In its May 15, 2026 Order and Opinion regarding Plaintiff's Motion for Leave to Amend, the Court directed Plaintiff to "file an opposition to Defendants' Motion to Dismiss by June 5, 2026." ECF No. 34 at 17. However, Plaintiff has yet to file his opposition, or any other response on the docket.

Therefore, for the reasons stated in the Court's Opinion and Order denying Plaintiff's Motion for Leave to Amend his First Amended Complaint, all of Plaintiff's claims are barred by the Eleventh Amendment, the *O'Shea* abstention doctrine, or judicial immunity. ECF No 34. Thus, the Court dismisses Plaintiff's First Amended Complaint with prejudice.

The Clerk of Court is directed to terminate ECF No. 18 and to close this case.

Dated:  June 15, 2026
        White Plains, New York

SO ORDERED.

*Jessica Clarke*
_____

JESSICA G. L. CLARKE
United States District Judge