**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
 RICHARD ST. PAUL,

                              Plaintiff,

            -against-                                       25 **CIVIL** 4317 (JGLC)

                                                    **JUDGMENT**

HON. NILDA MORALES-HOROWITZ, et al.,

                            Defendants.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 15, 2026, and for the reasons stated in the Court's Opinion and Order denying Plaintiff's Motion for Leave to Amend his First Amended Complaint, all of Plaintiff's claims are barred by the Eleventh Amendment, the O'Shea abstention doctrine, or judicial immunity. ECF No 34. Thus, the Court has dismissed Plaintiff's First Amended Complaint with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

     June 16, 2026

                                               **TAMMI M. HELLWIG**
                                         _____
                                               **Clerk of Court**

                     **BY:**                K. mango

                                             _____
                                               **Deputy Clerk**